### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGINIA K. PARKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA PA** | : | **NO. 20-2591** |

### ORDER

**NOW**, this 10th day of September, 2020, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) and her *pro se* Complaint, it is **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is deemed filed.

3. The Clerk of Court shall **REDACT** plaintiff's Social Security Number from pages 5 and 12 of the Complaint, and her date of birth from pages 8 and 9 of the Complaint.

4. The Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.